**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6339

ALBERT ANDERSON,

Plaintiff - Appellant,

v.

REEP, Warden; DOUG NEWTON, Warden; FOOTHILLS CORRECTIONAL INSTITUTION, Prison; COMBINED RECORDS, Auditor; KAREN CLARK, Medical Provider; GRIEVANCE RESOLUTION BOARD; HARRISON, Case Manager; FARMER, Correction Officer; TURNER, Sergeant; TAYLOR, Unit Manager; PENNELL, Sergeant; CONDON, Correction Officer; GARCIA, Correction Officer; FELIX, Sergeant; DUNN, Unit Manager; MCWILLIAMS, Correction Officer; MCCALL, Correction Officer; JENKINS, Correction Officer; CHURCH, Correction Officer; FLANDERS, Correction Officer; GENSIN, Nurse; ROY COOPER, Governor; ROY GUY, Secretary Governor; LOEWE, Assistant Governor; WATTS, Food Services Management; GOODSON, Lieutenant; PRICE, Unit Manager; KIMBERLY D. GRANDE, Executive Director; CITY OF MORGANTON; JANE DOE, Case Analyst; JANE DOE 1, Booth Officer; JOHN DOE, Policy Maker,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Robert J. Conrad, Jr., District Judge.  (1:23-cv-00362-RJC)

Submitted:  September 25, 2025                    Decided:  September 29, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

—————————

Albert Anderson, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Anderson appeals: (1) the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint and providing him with an opportunity to file an amended complaint within 30 days, and (2) the court's subsequent order dismissing the action without prejudice when Anderson failed to file an amended complaint. On appeal, Anderson has filed motions for affirmative relief, for emergency relief, and to waive filing or modification at the discretion of the court. We have reviewed the record and find no reversible error. Accordingly, we deny Anderson's pending motions and affirm the district court's orders. *Anderson v. Reep,* No. 1:23-cv-00362-RJC (W.D.N.C. Feb. 1, 2024 & Mar. 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*